UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61058-CIV-COHN/SELTZER

NIDAL MASRI, M.D., P.A., a Florida
Corporation, and as assignee of
MARK BALLANCE,

        Plaintiff,

v.

AETNA HEALTH INSURANCE COMPANY,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS BY DEFAULT

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss and Incorporated Memorandum in Support Thereof filed July 10, 2008 (DE 4) ("Motion"). Plaintiff failed to respond to the Motion. On August 7, 2008, this Court entered an Order requiring that Plaintiff show cause, on or before August 15, 2008, why the Motion should not be granted by default (DE 11). To date, no opposition to the Motion has been filed by the Plaintiff. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED** and the Complaint is dismissed without prejudice. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of September, 2008.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record